☑ FILED     ☐ RECEIVED
☐ ENTERED   ☐ SERVED ON
            COUNSEL/PARTIES OF RECORD

FEB - 7 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Katherine F. Parks
State Bar No. 6227
6590 S. McCarran Blvd., Ste. B
Reno, Nevada 89509
Ph. (775) 786-2882

*Nevada Counsel for Defendants Donald W. Ashley and Clarence A. "Jackie" Lewis*

Edwin H. Byrd, III*
Pettiette, Armand, Dunkelman,
Woodley, Byrd & Cromwell, L.L.P.
400 Texas Street, Suite 400 (71101)
Post Office Box 1786
Shreveport, Louisiana 71166-1786
Ph. (318) 221-1800
Fax (318) 226-0390
ebyrd@padwbc.com

Joseph S. Woodley*
Pettiette, Armand, Dunkelman,
Woodley, Byrd & Cromwell, L.L.P.
400 Texas Street, Suite 400 (71101)
Post Office Box 1786
Shreveport, Louisiana 71166-1786
Ph. (318) 221-1800
Fax (318) 226-0390
jwoodley@padwbc.com

*Attorneys for Defendants Donald W. Ashley and Clarence A. "Jackie" Lewis*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CATHY WOODS (A/K/A ANITA CARTER), By and through her Personal Representative, LINDA WADE, <br>     Plaintiff, <br> v. <br> CITY OF RENO, NEVADA, LAWRENCE C. DENNISON, DONALD W. ASHLEY, CLARENCE A. "JACKIE" LEWIS, CALVIN R. X. DUNLAP, WASHOE COUNTY, NEVADA, DOUGLAS MATHEW BURKS, M.D., JOHN L. KIMPTON, <br>     Defendants. | CASE NO.: 3:16-CV-00494 <br><br> ORDER |

### STIPULATION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT

Defendants, Donald W. Ashley and Clarence A. "Jackie' Lewis, by and through their

attorneys, Edwin H. Byrd, III and Joseph S. Woodley of Pettiette, Armand, Dunkelman,

Woodley, Byrd & Cromwell, L.L.P. ("Louisiana Defendants"), and Katherine F. Parks; Defendants City of Reno and Lawrence Dennison by and through their attorneys, Karl Hall, Reno City Attorney, and Mark Hughes, Deputy Reno City Attorney; Plaintiff, by and through Elizabeth Wang, Esq., David Owens, Esq. and Edmund Gorman, Jr., Esq.; and Defendants Washoe County and Calvin R.X. Dunlap, by and through Washoe County District Attorney Christopher Hicks and Deputy District Attorney Michael Large, stipulate that Defendants shall have though February 9, 2018 to file responsive pleadings to Plaintiff's Second Amended Complaint (ECF #67). This is the second request for an extension to respond to the Second Amended Complaint, but the first since the Court issued its January 18, 2018 order on Defendants' motions to dismiss. This stipulation is made to address conflicts in Counsel's calendars.

DATED this 1st day of February, 2018.

By:/s/ Edwin H. Byrd, III
Edwin H. Byrd, III
Joseph S. Woodley
Pettiette, Armand, Dunkelman
Woodley, Byrd & Cromwell, LLP
400 Texas Street, Suite 400
P.O. Box 1786
Shreveport, LA 711101
*Attorneys for Clarence Lewis
And Donald Ashley*

DATED this 1st day of February, 2018

By:/s/ Elizabeth Wang
Elizabeth Wang, Esq.
Loevy & Loevy
2060 Broadway, Suite 460
Boulder, CO 80302

DATED this 1st day of February 2018

CHRISTOPHER HICKS
Washoe County District Attorney

By:/s/ Michael Large
Michael Large
Washoe County District Attorney's Office
One South Sierra Street
P.O. Box 11130
Reno, NV 89520
*Attorneys for Washoe County
and Calvin R.X. Dunlap*

DATED this 1st day of February 2018

KARL HALL
Reno City Attorney

By: /s/ Mark A. Hughs
Mark A. Hughs

| | | |
|---|---|---|
| 1 | David Owens, Esq.<br>Loevy & Loevy | Deputy City Attorney<br>Nevada Bar# 5375 |
| 2 | 311 N. Aberdeen Street, 3rd Floor<br>Chicago, IL 60607 | P.O. Box 1900<br>Reno, Nevada 89505 |
| 3 | | *Attorneys for City of Reno<br>and Lawrence Dennison* |
| 4 | Edmund Gorman, Jr., Esq.<br>Nevada Bar #11518 | |
| | 335 West First Street | |
| 5 | Reno, NV 89503<br>*Attorneys for Plaintiff Cathy Woods* | |

IT IS SO ORDERED

DATED this 7th day of February, 2018

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5b, I certify that the above has been served on the party(ies) set forth below by CM/ECF electronic service:

Edmund J. Gorman, Jr.
335 W. First Street
Reno, NV 89503

Elizabeth Wang
Loevy & Loevy
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607

Christopher J. Hicks
Michael Large
Washoe County District Attorney's Office
One South Sierra Street
Post Office Box 11130
Reno, NV 89520

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Mark A. Hughes, Deputy City Attorney
Karl Hall, Reno City Attorney
Reno City Attorney's Office
1 East First Street
P. O. Box 1900
Reno, NV 89505

Shreveport, Louisiana this the 1st day of February, 2018.

<u>S//Edwin H. Byrd, III</u>
OF COUNSEL