UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CATHY WOODS (a/k/a ANITA CARTER), by and through her Personal Representative, LINDA WADE,

    Plaintiff,

v.

CITY OF RENO, NEVADA, LAWRENCE C. DENNISON, DONALD W. ASHLEY, CLARENCE A. "JACKIE" LEWIS, and CALVIN R. X. DUNLAP,

    Defendants.

Case No.: 3:16-CV-00494-MMD-WGC

~~[PROPOSED]~~ ORDER

☑ FILED    ___ RECEIVED
___ ENTERED    ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 30 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

It is ordered that: Fairfax Behavioral Health, 10200 N.E. 132nd Street, Kirkland, Washington 98034, produce complete copies of the medical, psychological, psychiatric and mental health records of Anita Carter (D.O.B. 10/31/1949) including but not limited to intake documents, all notes of any kind, all treatment notes and records, therapy notes and records, results of diagnostic testing of any kind, medication records and discharge documents dating from September 10, 2014 to the present, to her attorneys, Loevy & Loevy, attn: Elizabeth Wang, 2060 Broadway, Suite 460, Boulder, Colorado 80302, for purposes of discovery in the above-captioned matter. Such production shall be made no later than 14 days after the date of this order.

IT IS SO ORDERED.

4/30/18
Date

_____
UNITED STATES MAGISTRATE JUDGE

1

Respectfully submitted,
/s/ Elizabeth Wang

| | |
|---|---|
| Elizabeth Wang* | Edmund J. Gorman, Jr. |
| Loevy & Loevy | NV Bar # 11518 |
| 2060 Broadway, Ste. 460 | 335 W. First St. |
| Boulder, CO 80302 | Reno, NV 89503 |
| O: 720.328.5642 | O: 775.622.3274 |
| elizabethw@loevy.com | ejgormanjr@ejgormanlaw.com |

David B. Owens*
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
O: 312.243.5900
david@loevy.com
*Admitted pro hac vice
*Attorneys for Plaintiff Cathy Woods (a/k/a Anita Carter), by and through her Personal Representative, Linda Wade*

/s/ Michael W. Large
MICHAEL W. LARGE
Deputy District Attorney
P.O. Box 11130
Reno, NV 89520-0027
mlarge@da.washoecounty.us
(775) 337-5700
*Attorney for Calvin R.X. Dunlap*

/s/ Mark A. Hughs
MARK A. HUGHS
Deputy City Attorney
Nevada Bar # 5375
P.O. Box 1900
Reno, NV 89505
(775) 334-2050
*Attorney for City of Reno and Lawrence Dennison*

/s/ Edwin H. Byrd, III
Edwin H. Byrd, III
Joseph S. Woodley
400 Texas St., Suite 400
P.O. Box 1786

Shreveport, LA 71166-1786
(318) 221-1800
*Attorneys for Donald W. Ashley and Clarence A. "Jackie" Lewis*

## CERTIFICATE OF SERVICE

I, Elizabeth Wang hereby certify that on April 24, 2018, I filed the foregoing Proposed Order via CM/ECF, which was electronically delivered to all counsel of record.

/s/ Elizabeth Wang
Counsel for Plaintiff