# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CATHY WOODS, | Case No. 3:16-cv-00494-MMD-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF RENO, et al., | |
| Defendants. | |

This matter is before the court on the parties' joint status report (ECF No. 143), filed on September 7, 2018. Given that there are not any pending discovery motions, the court will vacate the upcoming case-management conferences that were scheduled by Magistrate Judge Cooke. The parties must meet and confer and file a joint status report in 90 days. Should discovery disputes arise in the meantime, the parties may file a joint request for a telephonic status conference that briefly outlines the nature of the discovery dispute.

IT IS SO ORDERED.

DATED: September 12, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE