CHRISTOPHER J. HICKS
Washoe County District Attorney
MICHAEL W. LARGE
Nevada State Bar Number 10119
JENNIFER L. GUSTAFSON
Nevada State Bar Number 12589
Deputy District Attorneys
One South Sierra Street
Reno, NV 89501
mlarge@da.washoecounty.us
jgustafson@da.washoecounty.us
(775) 337-5700

ATTORNEYS FOR CALVIN
R.X. DUNLAP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

CATHY WOODS (a/k/a ANITA CARTER),
by and through her Personal Representative,
LINDA WADE,

       Plaintiff,

  vs.

CITY OF RENO, NEVADA, LAWRENCE C.
DENNISON, DONALD W. ASHLEY,
CLARENCE A. "JACKIE" LEWIS, and
CALVIN R.X. DUNLAP,

       Defendants.          /

Case No. 3:16-cv-00494-MMD-CWH

**STIPULATION TO CONDUCT
FRCP 35 EXAMINATION**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by

and through their respective counsel, that Plaintiff Cathy Woods ("Plaintiff") will submit to a

psychiatric examination on July 15, 2019 and a psychological evaluation on August 2, 2019 at

9:00 am at the Cedarbrook Lodge located at 18525 36th Avenue South, Seattle, WA 98188. The

mental examination will be conducted by Dr. Ronald Roberts and the psychological evaluation

will be conducted by Dr. Charles Saldanha.

///

**IT IS FURTHER STIPULATED** that the parties agree that under Federal Rule of Civil Procedure 35 good cause currently exists for an examination of Plaintiff as it relates to his allegations of mental and emotional injury and distress of a lasting and/or severe nature which she contends was caused by Defendants in this action.

**IT IS FURTHER STIPULATED** that the nature, scope, conditions and manner of the examination are to be as follows:

1.      Plaintiff will submit to a mental examination to be conducted by Dr. Roberts, and a psychological evaluation by Dr. Saldanha.

2.      Ronald Roberts, PhD, earned his Ph.D. in Psychology at the California School of Professional Psychology in Berkeley, in 1984. He completed his Fellowship in Neuropsychology at the Veterans Administration Hospital in San Francisco in 1983. He became board certified in Forensic Psychology by the American the American Board of Professional Psychology in 1994. Dr. Roberts is specifically trained in the administration, scoring and interpretation of psychological neurocognitive tests in both clinical and forensic populations.  A complete copy of Dr. Roberts' curriculum vitae is attached as Exhibit A.

3.      Dr. Roberts will conduct a psychiatric examination of Plaintiff to assist Defendants and their counsel with regard to understanding Plaintiff's alleged complaints of psychiatric injury and, including the origin, nature, and severity of Plaintiff's alleged mental health injuries, and in turn, prognosis and future treatment needs, if applicable.

4.      Dr. Roberts will conduct specific tests\:  the Minnesota Multiphasic Personality Inventory – 2 (MMPI-2), the Personality Assessment Inventory (PAI), a "projective" test, e.g. the Rorschach Inkblot Test, and the Wechsler Adult Intelligence Scale, Fourth Edition (WAIS-IV).  The duration of the psychological testing will take approximately four to six (4-6) hours excluding appropriate breaks; additional time will be allowed, if needed.  Dr. Roberts reserves the right to subtract tests in response to information that Dr. Roberts may receive about the plaintiff, as well as based upon her performance during the assessment.

5.     Dr. Saldanha will conduct a psychological evaluation of Plaintiff to evaluate the nature and extent of Plaintiff's claims of mental and emotional distress. This evaluation will include the taking of a complete personal history (including family, social, and environmental history), a work history, a medical and psychiatric history including substance abuse history, if any, a history of relationships and traumas and a detailed account of the events which the Plaintiff claims was the cause of her alleged emotional damages. The interview will also include a mental status examination to evaluate her mood, speech, thought processes, and other mental functions.

6.     Neither evaluation will not involve any physical examination. There will be no blood tests or other intrusive medical studies or procedures. The examination will be conducted at a conference room at the Cedarbrook Lodge.

7.     In conducting the interview and testing, neither Dr. Roberts nor Dr. Saldanha shall inquire about subjects related to Plaintiff's allegations of liability against Defendants or the underlying incidents giving rise to this action, including but not related to any questions about Plaintiff's interactions with any medical staff at the LSU Medical Center on March 5, 6, 7, and 8 of 1979; any questions about the Michelle Mitchell homicide (and the investigations); Plaintiff's knowledge or lack of knowledge about the underlying constitutional claims advanced in this suit; or any other matter that relates to Plaintiff's constitutional allegations in the operative Complaint. Notwithstanding these limitations, Dr. Saldanha will be entitled to ask about Plaintiff's claimed emotional injuries stemming from her prosecution, conviction, time in custody, and any other components of his emotional distress.

7.     A copy of this Stipulation will be given to Dr. Roberts and Dr. Saldanha prior to the examination, both of whom agree to be bound by this stipulation.

8.     Dr. Roberts and Dr. Saldanha may be provided with Plaintiff's medical records, deposition testimony, discovery responses, Complaint, and mental health records by defense counsel, which they may review prior and/or subsequent to examination of Plaintiff.

///

9.	After the examination of Plaintiff, either Dr. Roberts or Dr. Saldanha will prepare a written report of their findings in conformance with Federal Rule of Civil Procedure 35. A copy of said report will be provided to Plaintiff's counsel within five days of completion. The parties agree to make reasonable accommodations, if necessary, to the expert disclosure schedule, including to allow the disclosure of the written report prepared by either Dr. Roberts or Dr. Saldanha beyond the discovery cut-off as well as to account for any rebuttal or responsive expert disclosure Plaintiff may disclose thereafter. The expert report generated by either Dr. Roberts or Dr. Saldanha, and any rebuttal thereto, will not be used to support any dispositive motion, and any accommodations made to the discovery schedule to allow for the examinations described herein will not be used as a basis to alter the dispositive motion deadline.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1      10.     The results of the testing and interview will be used for purposes of litigation

2 only.

3      IT IS SO STIPULATED.

4 /s/ Elizabeth Wang      6/27/2019
   Elizabeth Wang, Esq.      Dated         KARL HALL

5    Loevy & Loevy                 Reno City Attorney
   2060 Broadway, Ste. 460

6    Boulder, CO  80302               By:/s/ Mark A. Hughs      6/27/2019
                                     MARK A. HUGHS      Dated

7    David Owens, Esq.              Deputy City Attorney
   Loevy & Loevy                 Nevada Bar No. 5375

8    311 N. Aberdeen Street, 3rd Floor     P.O. Box 1900
   Chicago, IL  60607               Reno, NV  89505

9                                     (775) 334-2050
   Edmund Gorman, Jr., Esq.       ATTORNEYS FOR CITY OF RENO

10    Nevada Bar No. 11518          AND LAWRENCE DENNISON
   335 W. First Street

11    Reno, NV  89503
   (775) 622-3274

12    ATTORNEYS FOR CATHY WOODS
                                   CHRISTOPHER J. HICKS

13 /s/ Edwin Byrd III     6/27/2019      District Attorney
   Edwin Byrd III, Esq.      Dated

14    Pettiette, Armand, Dunkelman,     By: /s/ Michael W. Large     6/27/2019
   Woodley, Byrd & Cromwell, LLP     MICHAEL W. LARGE      Dated

15    400 Texas Street, Ste. 400        Deputy District Attorney
   Shreveport, LA  71101           JENNIFER L. GUSTAFSON

16                                     Deputy District Attorney
   ATTORNEYS FOR CLARENCE LEWIS    One South Sierra Street

17    AND DONALD ASHLEY          Reno, NV  89501
                                    mlarge@da.washoecounty.us

18                                     (775) 337-5700

19                                     ATTORNEYS FOR WASHOE COUNTY
                                    AND CALVIN R.X. DUNLAP

20

21     IT IS SO ORDERED.

22     DATED:  Jul 01, 2019

23

24

25    _____
   C.W. HOFFMAN, JR.
   UNITED STATES MAGISTRATE JUDGE

26

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action.  I certify that on this date, the foregoing was electronically filed with the United States District Court.  Electronic service of the foregoing STIPULATION TO CONDUCT FRCP 35 EXAMINATION shall be made in accordance with the Master Service List as follows:

Mark Hughs, Esquire

Joseph S. Woodley, Esquire

Katherine F. Parks, Esquire

Elizabeth C. Wang, Esquire

David B. Owens, Esquire

Edmund Gorman, Esquire

Edwin Henry Byrd, III, Esquire

Dated this 27th day June, 2019.

/s/ B. Bull
B. Bull

-6-