Edmund J. Gorman, Jr.
NV Bar # 11518
335 W. First St.
Reno, NV 89503
O: 775.622.3274
ejgormanjr@ejgormanlaw.com
*Designated Resident Nevada Counsel for Plaintiff Cathy Woods (a/k/a Anita Carter), by and through her Personal Representative, Linda Wade*

| | |
|---|---|
| Elizabeth Wang* | David B. Owens* |
| Loevy & Loevy | Loevy & Loevy |
| 2060 Broadway, Ste. 460 | 311 N. Aberdeen St., 3rd Fl. |
| Boulder, CO 80302 | Chicago, IL 60607 |
| O: 720.328.5642 | O: 312.243.5900 |
| elizabethw@loevy.com | david@loevy.com |

*Admitted pro hac vice

*Counsel for Plaintiff Cathy Woods (a/k/a Anita Carter), by and through her Personal Representative, Linda Wade*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CATHY WOODS (a/k/a ANITA CARTER), by and through her Personal Representative, LINDA WADE, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF RENO, NEVADA, LAWRENCE C. DENNISON, DONALD W. ASHLEY, CLARENCE A. "JACKIE" LEWIS, and CALVIN R. X. DUNLAP, <br><br> Defendants. | Case No.: 3:16-CV-00494-MMD-DJA <br><br> **STIPULATION TO SUBSTITUTE NEVADA COUNSEL** |

Pursuant to LR IA 11-6(c), Plaintiff Cathy Woods, by and through her guardian, Linda Wade, hereby files this stipulation to substitute her current Designated Resident Nevada Counsel, Edmund J. Gorman, Jr., with Luke Busby. Plaintiff and her undersigned attorneys stipulate that:

1

Pursuant to the requirements of the Local Rules of Practice for this Court, Plaintiff's out-of-state counsel believe it to be in the best interests of the client to designate Luke Busby, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of the designated Nevada counsel is: 316 California Ave., # 82, Reno, Nevada 89509, luke@lukeandrewbusbyltd.com.

By this designation, Plaintiff's out-of-state counsel (Elizabeth Wang and David B. Owens) and Plaintiff agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

The undersigned party, Cathy Woods, a/k/a Anita Carter, by and through her personal representative, Linda Wade, appoints Luke Busby as her Designated Resident Nevada Counsel in this case.

_____
Linda Wade, Personal Representative of Plaintiff Cathy Woods, a/k/a Anita Carter

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____  9/6/2019
Designated Resident Nevada Counsel's signature

Dated: September 6, 2019

IT IS SO ORDERED.

_____
U.S. District Judge

2

| 10319 | luke@lukeandrewbusbyltd.com |
|---|---|
| Bar number | Email address |

Respectfully submitted,

/s/ Elizabeth Wang

Elizabeth Wang*
Loevy & Loevy
2060 Broadway, Ste. 460
Boulder, CO 80302
O: 720.328.5642
elizabethw@loevy.com

/s/ David B. Owens
David B. Owens*
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
O: 312.243.5900
david@loevy.com
*Admitted pro hac vice
*Attorneys for Plaintiff Cathy Woods (a/k/a Anita Carter), by and through her Personal Representative, Linda Wade*

/s/ Luke Busby
NV Bar # 10319
316 California Ave., # 82
Reno, NV 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com

## CERTIFICATE OF SERVICE

I, Elizabeth Wang hereby certify that on September 6, 2019, I filed the foregoing Stipulation via CM/ECF, which was electronically delivered to all counsel of record.

/s/ Elizabeth Wang
Counsel for Plaintiff