| 1 | CHRISTOPHER J. HICKS
Washoe County District Attorney
| 2 | MICHAEL W. LARGE
Nevada State Bar Number 10119
| 3 | JENNIFER L. GUSTAFSON
Nevada State Bar Number 12589
| 4 | Deputy District Attorneys
One South Sierra Street
| 5 | Reno, NV 89501
mlarge@da.washoecounty.us
| 6 | jgustafson@da.washoecounty.us
(775) 337-5700
| 7 |
ATTORNEYS FOR CALVIN
| 8 | R.X. DUNLAP

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

CATHY WOODS (a/k/a ANITA CARTER),
by and through her Personal Representative,
LINDA WADE,

        Plaintiff,

vs.

CITY OF RENO, NEVADA, LAWRENCE C. DENNISON, DONALD W. ASHLEY, CLARENCE A. "JACKIE" LEWIS, and CALVIN R.X. DUNLAP,

        Defendants.

Case No. 3:16-cv-00494-MMD-DJA

**<u>ORDER OF DISMISSAL</u>**

Pursuant to the stipulation of the Plaintiff Cathy Woods a/k/a Anita Carter by and through her Personal Representative Linda Wade and Defendants Calvin R.X. Dunlap and Washoe County under Federal Rule of Civil Procedure 41(a)(2), it is hereby ordered that all claims and causes of action brought against Defendants Calvin R.X. Dunlap and Washoe County are hereby dismissed with prejudice, with each party bearing that party's own attorney's fees and costs.

IT IS SO ORDERED.

Dated: September 6, 2019

                                                  United States District Judge