KARL HALL
Reno City Attorney
MARK HUGHS
Nevada Bar #5375
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
*Attorneys for City of Reno
and Lawrence Dennison*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CATHY WOODS (a/k/a ANITA CARTER) by and through her Personal Representative, LINDA WADE,

    Plaintiff,

vs.

CITY OF RENO, NEVADA, LAWRENCE C. DENNISON, DONALD W. ASHLEY, CLARENCE A. "JACKIE" LEWIS,

    Defendants.    /

Case No.: 3:16-CV-00494-MMD-DJA

**JOINT AND UNOPPOSED MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE TO FEBRUARY 10, 2020**

**(Third Request[1])**

Defendants Lawrence Dennison, City of Reno, Donald Ashley and Clarence Lewis, by and through undersigned counsel, respectfully move the Court, to allow the date for the dispositive motion deadline to be extended from February 1, 2020 (a Saturday) (ECF No. 199) to February 10, 2020 (a Monday). As set forth below, good cause exists for such an extension in accordance with LR IA 6-1.

**Background Information**

This is a 42 U.S.C. § 1983 action, with ancillary state claims, stemming from allegations that the Defendants violated Plaintiff's civil rights by coercing a confession to a 1976 Reno murder

---

[1] As reflected in the record, the deadlines at issue herein were not initially addressed in a discovery plan, due to discovery stays and other issues. It appears formal deadlines for liability experts and dispositive motions were modified from original ones (ECF #140) only once before (ECF #187), after which a Stipulation and Order regarding Rule 35 Examinations (for damages) not previously addressed was entered (ECF #190). **No discovery activity is being extended by this motion, but rather this request to extend the substantive motion deadline is made for the reasons stated herein.**

and fabricating evidence, resulting in the imprisonment of Plaintiff for approximately 35 years. In 2015, Plaintiff's conviction was set aside, and the District Attorney dismissed the murder charge against her.

The parties have completed all discovery[2] except for the Plaintiff and Defendants' psychological experts, Doctors Good and Saldanha, respectively, who will be deposed in San Francisco on January 30 and 31, 2020. (See, ECF #199).

## Reasons For The Extension Request

Dr. Good, who will be deposed in San Francisco the afternoon of Thursday, January 30, 2020, is both a liability and damages expert for Plaintiff and subject to the stipulations previously entered concerning the timing and disclosure of his testimony (*See id.*). As a liability expert, Defendants believe Dr. Good's testimony may be applicable to dispositive motions. Defense counsel from Shreveport, Louisiana, and Plaintiff's counsel from Seattle, Washington, but in Chicago for an appellate argument on January 28, 2020, will be traveling to and from San Francisco for Dr. Good's deposition (and Dr. Saldanha on January 31). Currently, the dispositive motion deadline is Saturday, February 1, 2020. It is not likely the parties could obtain the transcript of Dr. Good's deposition before the dispositive motion deadline, let alone review and incorporate it in a motion, particularly given travel considerations. Thus, in order to [1] allow time to obtain the transcript, [2] make dispositive motions due on a weekday, when attorney and court staff is available[3], and [3] allow for travel, Defendants respectfully seek to extend the dispositive motion deadline to February 10, 2020.

Plaintiff does not oppose this request.

///

///

///

///

---

[2] The discovery completed includes the depositions of more than thirty witnesses and parties, written discovery, document subpoenas to third parties and the exchange of tens of thousands of pages of documents.

[3] Due to the size of the record, one or more parties may choose to physically file exhibits, requiring access to the Court Clerk.

**Proposed Dispositive Motion Deadline**

Dispositive Motion Deadline: February 10, 2020.

DATED this 15th day of January, 2020.        DATED this 15th day of January, 2020.

PETTIETTE, ARMAND, DUNKELMAN,         KARL HALL
WOODLEY, BYRD & CROMWELL,             Reno City Attorney
L.L.P.

By: /s/ Edwin H. Byrd, III
    Edwin H. Byrd, III,
    La. Bar No. 19509
    400 Texas Street, Suite 400 (71101)
    P.O. Box 1786
    Shreveport. Louisiana 71166-1786

    Katherine F. Parks, Esq.
    Nevada Bar No. 6227
    Thorndal Armstrong Delk
    Balkenbush & Eisinger
    6590 S. McCarran Blvd., Ste. B
    Reno, NV 89509
    (775) 786-2882

*Attorneys for Defendants, Clarence A. "Jackie" Lewis and Donald W. Ashely*

By: /s/ Mark A. Hughs
    MARK A. HUGHS
    Deputy City Attorney
    Nevada Bar #5375
    Post Office Box 1900
    Reno, Nevada 89505
    (775) 334-2050

*Attorneys for City of Reno and Lawrence Dennison*

IT IS SO ORDERED.

    DATED this 21st day of January, 2020.

_____
United States Magistrate Judge