Katherine F. Parks
State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Ste. B
Reno, Nevada  89509
Ph. (775) 786-2882

*Nevada Counsel for Defendants Donald W. Ashley and Clarence A. "Jackie" Lewis*

Edwin H. Byrd, III*
Pettiette, Armand, Dunkelman,
Woodley, Byrd & Cromwell, L.L.P.
400 Texas Street, Suite 400 (71101)
Post Office Box 1786
Shreveport, Louisiana 71166-1786
Ph. (318) 221-1800
Fax (318) 226-0390
ebyrd@padwbc.com

*Attorneys for Defendants Donald W. Ashley and Clarence A. "Jackie" Lewis*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CATHY WOODS (A/K/A ANITA CARTER), by and through her Personal Representative, LINDA WADE, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF RENO, NEVADA, LAWRENCE C. DENNISON, DONALD W. ASHLEY, CLARENCE A. "JACKIE" LEWIS, CALVIN R. X. DUNLAP, WASHOE COUNTY, NEVADA, DOUGLAS MATTHEW BURKS, M.D., JOHN L. KIMPTON, <br><br> Defendants. | CASE NO.: 3:16-CV-00494-MMD-DJA <br><br> **DEFENDANT CLARENCE A. "JACKIE" LEWIS AND DONALD W. ASHLEY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO AMEND ANSWER TO ONE REQUEST FOR ADMISSION** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO AMEND ANSWER TO ONE REQUEST FOR ADMISSION**

NOW INTO COURT, through undersigned counsel, come Defendants, Clarence A. "Jackie" Lewis and Donald W. Ashley, who move for their first extension of time to respond to Plaintiff's Motion to Amend Answer to One Request for Admission in this matter, as follows:

- 1 -

1.

The deadline to respond to Plaintiff's motion in this matter is currently April 23, 2020.

2.

Undersigned counsel is working from home due to the COVID-19 pandemic.

3.

On April 22, 2020, a tornado struck and counsel has lost all power and internet at his home. Counsel is unable to remotely access his file materials and systems necessary to complete and file the opposition.

4.

Counsel respectfully requests a brief extension until Monday, April 27, 2020, within which to respond to Plaintiff's Motion to Amend Answer to One Request for Admission.

5.

Plaintiff does not oppose this request.

WHEREFORE, for the reasons set forth above, Defendants request an order extending the deadline to respond to Plaintiff's Motion to Amend Answer to One Request for Admission, up to and including Monday, April 27, 2020.

                                        Respectfully submitted,

                                        PETTIETTE, ARMAND, DUNKELMAN,
                                        WOODLEY, BYRD & CROMWELL, L.L.P.

                                        s/ Edwin H. Byrd, III
                                        Edwin H. Byrd, III, La. Bar No. 19509
                                        400 Texas Street, Suite 400 (71101)
                                        Post Office Box 1786
                                        Shreveport, Louisiana 71166-1786
                                        Ph. (318) 221-1800; Fax (318) 226-0390

                        And

Katherine. F. Parks, Esq.
State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Ste. B
Reno, Nevada 89509
Ph. (775) 786-2882

"IT IS SO ORDERED:

DATED: April 27, 2020

_____
Daniel J. Albregts
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has this date been served upon the following counsel of record by filing it on the Court's CM/ECF System:

Edmund J. Gorman, Jr.
335 W. First Street
Reno, NV  89503

Elizabeth Wang
Loevy & Loevy
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL  60607

Mark A. Hughs, Deputy City Attorney
Reno City Attorney's Office
1 East First Street
P. O. Box 1900
Reno, NV 89505

Shreveport, Louisiana this the 23 day of April, 2020.
.
          s/ Edwin H. Byrd, III
          OF COUNSEL