Edwin H. Byrd, III* (*Pro Hac Vice*)
Pettiette, Armand, Dunkelman,
Woodley, Byrd & Cromwell, L.L.P
400 Texas Street, Suite 400 (71101)
Post Office Box 1786
Shreveport, Louisiana 71166-1786
Ph. (318) 221-1800
Fax (318) 226-0390

Katherine F. Parks
State Bar No. 6227
6590 S. McCarran Blvd., Ste. B
Reno, Nevada 89509
Ph. (775) 786-2882

*Attorneys for Defendants Donald W. Ashley and Clarence A. "Jackie" Lewis*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CATHY WOODS (A/K/A ANITA CARTER), by and through her Personal Representative, LINDA WADE, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF RENO, NEVADA, et al. <br> Defendants. | CASE NO.: 3:16-CV-00494-MMD-VPC <br><br> **ORDER ON MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL** |

The foregoing motion having been considered, and good cause having been shown for the relief requested therein,

IT IS HEREBY ORDERED that Defendants, Clarence A. "Jackie" Lewis and Donald W. Ashley, are provided an extension of time to file a notice of appeal for the July 21, 2020, denial of Defendants' Motion for Summary Judgment, Record Document 270, of an additional 30 days after the time prescribed by Rule 4(a) of the Federal Rules of Appellate Procedure expires.

Signed this __17th__ day of August, 2020.

_____
DISTRICT JUDGE