KARL HALL
Reno City Attorney
MARK HUGHS
Nevada Bar #5375
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
hughsm@reno.gov

*Attorneys for Lawrence Dennison
and City of Reno*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CATHY WOODS (a/k/a ANITA CARTER) by and through her Personal Representative, LINDA WADE,<br><br>            Plaintiff,<br>    vs.<br><br>CITY OF RENO, NEVADA, LAWRENCE C. DENNISON, DONALD W. ASHLEY, CLARENCE A. "JACKIE" LEWIS<br><br>            Defendants.       / | Case No.: 3:16-CV-00494-MMD-DJA<br><br>**ORDER FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL** |

The foregoing motion (Dkt. 274) and joinder having been considered, and good cause having been shown for the relief requested therein,

IT IS HEREBY ORDERED that Defendants, CITY OF RENO and LAWRENCE C. DENNISON, are provided an extension of time to file a notice of appeal for the July 21, 2020, denial of Defendants' Motion for Summary Judgment, Record Document 270, of an additional 30 days after the time prescribed by Rule 4(a) of the Federal Rules of Appellate Procedure expires.

Signed this 17th day of August, 2020.

_____
U.S. DISTRICT JUDGE