LUKE A. BUSBY, ESQ
Nevada Bar No. 10319
LUKE ANDREW BUSBY, LTD.
316 California Ave # 82
Reno, Nevada 89509
O: 775.453.0112
luke@lukeandrewbusbyltd.com
*Designated Resident Nevada Counsel for Plaintiff Cathy Woods (a/k/a Anita Carter), by and through her Personal Representative, Linda Wade*

Elizabeth Wang*
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: 720.328.5642
elizabethw@loevy.com
*Admitted pro hac vice

David B. Owens*
LOEVY & LOEVY
100 S. King St., Ste. 100
Seattle, WA 98104
O: 312.243.5900
david@loevy.com

*Counsel for Plaintiff Cathy Woods (a/k/a Anita Carter), by and through her Personal Representative, Linda Wade*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CATHY WOODS (a/k/a ANITA CARTER), by and through her Personal Representative, LINDA WADE,<br><br>　　　Plaintiff,<br><br>v.<br><br>CITY OF RENO, *et al.*,<br><br>　　　Defendants. | Case No.: 3:16-cv-00494-MMD-DJA<br><br>**Corrected Stipulated Dismissal of this Action With Prejudice** |

### MEMORANDUM IN SUR-REPLY

BY STIPULATION AND AGREEMENT, Plaintiff and all remaining Defendants, by and through their respective counsel of record, in order to effect resolution of this matter, state:

1. The parties in this matter have settled all claims and defenses that were raised or could have been raised with respect to the allegations in Plaintiff's Complaint.

1

2. Accordingly, and as part of that settlement, all of Plaintiffs' claims, and Plaintiffs' Complaint, shall be dismissed, in their entirety, with prejudice, with each party to bear its own attorney's fees and costs.

        CATHY WOODS (a/k/a ANITA CARTER),
        by and through her Personal Representative,
        LINDA WADE

        By: /s/ David B. Owens

| | |
|---|---|
| Elizabeth Wang* | Luke A. Busby |
| LOEVY & LOEVY | Nevada Bar No. 10319 |
| 2060 Broadway, Ste. 460 | 316 California Ave., # 82 |
| Boulder, CO 80302 | Reno, NV 89509 |
| O: 720.328.5642 | O: 775.453.0112 |
| elizabethw@loevy.com | luke@lukeandrewbusbyltd.com |

David B. Owens*
LOEVY & LOEVY
100 S. King St., Ste. 100
Seattle, WA 98104
O: 312.243.5900
david@loevy.com
*Admitted pro hac vice

*Counsel for Plaintiff Cathy Woods (a/k/a Anita Carter), by and through her Personal Representative, Linda Wade*

        By: /s/ Edwin H. Byrd, III

PETTIETTE, ARMAND, DUNKELMAN,
WOODLEY, BYRD & CROMWELL, L.L.P.

Edwin H. Byrd, III #19509
400 Texas Street, Suite 400 (71101)
Post Office Box 1786
Shreveport, LA 71166-1786
Ph. (318) 221-1800

*Counsel for Donald W. Ashley and Jackie Lewis*

        By: Mark A. Hughs

Mark A. Hughs
Deputy City Attorney
RENO CITY ATTORNEY'S OFFICE
1 East First Street, 3rd Floor
P.O. Box 1900
Reno, NV 89505
(775) 334-2050
(775) 334-2420 fax
hughsm@reno.gov

*Counsel for the City of Reno and Laurence Dennison*

Dismissal with prejudice granted.  IT IS SO ORDERED.

Dated:   November 30, 2020

_____
Chief U.S. District Judge

## CERTIFICATE OF SERVICE

    I, David B. Owens, an attorney, hereby certify that on November 30, 2020, I filed the foregoing via CM/ECF, which delivered the foregoing to all counsel of record.

                        /s/ David B. Owens
                        One of Plaintiff's Attorneys